## MOTION DOCKET

**00–977. Columbus Bar Assn. v. Bailey.**
This cause came on for further consideration upon respondent's motion for stay of enforcement of entry of October 13, 2000, pending filing of petition to the United States Supreme Court. Upon consideration thereof,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

RESNICK, J., would also impose sanctions.

LUNDBERG STRATTON, J., would also assess sanctions.

**00–1829. State ex rel. Wehrung v. Dinkelacker.**
Hamilton App. No. C–000449. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's revised motion for stay of proceedings in the trial court,

IT IS ORDERED by the court that the revised motion for stay of proceedings in the trial court be, and hereby is, granted, to the extent that the stay applies to the actual trial only and not pretrial proceedings.

F.E. SWEENEY, J., dissents.

## RECONSIDERATION DOCKET

**99–157. Cincinnati Bar Assn. v. Bailey.**
Reported at 90 Ohio St.3d 136, 735 N.E.2d 428. This cause came on for further consideration upon respondent's motion for reconsideration and motion for stay of enforcement of entry of October 13, 2000, pending filing of petition in the United States Supreme Court. Upon consideration thereof,

IT IS ORDERED by the court that the motion for reconsideration and motion for stay be, and hereby are, denied.

*Wednesday, October 25, 2000*

## MERIT DOCKET

**00–1544. AT&T Communications of Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 00–127–TP–COI and 83–464–TP–COI. *Sua sponte,* cause dismissed, the appeal being premature.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents, would deny the stay, and would grant the motion for leave to intervene of Ameritech Ohio.

RESNICK, J., not participating.

**00–1575. State ex rel. Stewart v. Lazarus.**
In Procedendo. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1680. Kinsey v. Starr.**
In Prohibition. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.